# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC RAMOS, <br><br> Plaintiff, <br><br> v. <br><br> FRESNO P.D., <br><br> Defendant. | Case No.: 1:14-cv-00881-BAM <br><br> ORDER DIRECTING CLERK OF THE COURT TO ADMINISTRATIVELY REDESIGNATE CASE AS A REGULAR CIVIL ACTION AND ASSIGN A DISTRICT COURT JUDGE |

On May 22, 2014, Plaintiff Eric Ramos ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983.  The action was administratively designated as one involving a prisoner litigating the conditions of his confinement and transferred to this court on June 10, 2014.  The court has reviewed the complaint and determined that the action does not involve Plaintiff's conditions confinement.  Accordingly, the Clerk of the Court SHALL change the administrative designation of the present case to reflect that of a regular civil rights action and assign a district court judge to this action.

IT IS SO ORDERED.

Dated:   **June 11, 2014**                    /s/ *Barbara A. McAuliffe*              
                                          UNITED STATES MAGISTRATE JUDGE

1